

Nicholas B. Carter
E-mail: ncarter@toddweld.com

September 26, 2016

Honorable Chief Magistrate Judge Jennifer C. Boal
United States District Court
One Courthouse Way
Boston Massachusetts 02210

    Re:    *Bill DeLuca Chry-Jeep Dodge, Inc. and William P. DeLuca III* v. *FCA US, LLC*
           USDC Docket No. 1:16-CV-10496-JCB

Your Honor:

    The parties to the above-referenced matter have reached a settlement agreement. The parties request that the Court issue a settlement order of dismissal without prejudice to issue in thirty days. The parties anticipate that this period of thirty days will give them adequate time to document more formally the terms of their settlement agreement. In this regard, the parties request that the Court not proceed with the hearing scheduled for September 28, 2016.

    Thank you for your assistance in this matter.

                                          Very truly yours,

                                          /s/ Nicholas B. Carter
                                          Nicholas B. Carter

NBC/db
cc:    Randall L. Oyler, Esq.
        Brandon Prosansky, Esq.
        Benjamin J. Wish, Esq.
        4842-3356-4217, v. 1