UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Bill DeLuca Chry-Jeep Dodge, Inc et al.**

V.    CIVIL ACTION NO. 1:16-cv-10496-JCB

**FCA US LLC**

### SETTLEMENT ORDER OF DISMISSAL

**BOAL, M.J.**

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty(30)days**, to reopen the action if settlement is not consummated.

**September 27, 2016**

/s/ Steve K. York
---------------------------
**Deputy Clerk**